# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **Plaintiff:** | **Affidavit of Service** |
| ESTATE OF JAMES PURDY, by and through its personal representative Marilyn Purdy; MARILYN PURDY, individually; SCOTT PURDY, individually; BROOKE GRENEMYER, individually; and MATTHEW PURDY, individually, | **Case #:**   25-cv-00556-SKC-TPO |

**v.**

**Defendant:**

JEFFERSON COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF REGGIE MARINELLI, in her official capacity; JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS; VITALCORE HEALTH STRATEGIES, LLC;
DETENTION SERVICES MANAGER POLLY ABERNATHY, LPC;
HEALTH SERVICES ADMINISTRATOR ESMERALDA ZIEGELMANN; BRAYDEN SMITH, EMT;
MYRA BROCK, RN;
ADELE MANN, COUNSELOR;
CASEY CASTANEDA, LPN;
MICHELLE BARRON, MD;
KIM SANCHEZ, RN;
LAVINA BUSBY, RN;
MARSHALL MCCURDY, CP-C;
MONICA JARRELL, NP;
CURTIS MURPHY;
HUNAIF DAR, MD;
JERICA TALCOTT, RN;
CECELIA BARBEITE, RN;
BEVERLY CASAREZ, RN;
ANGEL VARGAS, LPN;
LILIA FERNANDEZ, RN;
BREANNA ANDREWS, RN;
MEGAN PAGE;
CATHERINE ROWE, RN;
ANIKA HENG, MA, LPC, LLC;
TAMMY POPE, MS, LAC;
EMILSA PEREDA, RN;
DEPUTY ROBERT DIEHL;
DEPUTY PETER NIELSEN;
DEPUTY KAITLYN TUEY;
DEPUTY SAMUEL VAN ALPHEN;
DEPUTY CHASE VAN WYK;
DEPUTY RICHARD VARGAS;
DEPUTY ALEX ESPARZA;
DEPUTY TINA MINDYKOWSKI;
INMATE SERVICES MANAGER SUSAN WISPELEARE;
DEPUTY ALLEN ERDMANN;
DEPUTY ARIC MEYER;
DEPUTY KIMBERLY JENSEN;
DEPUTY K'LEIGH THOMAS;

Received on **April 15, 2025 at 3:40 pm**

**Field Sheet Id: 29037**                                                                              Page 1 of 2

**Client Reference:**   United States 25-cv-00556-SKC-TPO                              Process ServerSoftware  Pro

I, **Fred Lowe,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **April 21, 2025 at 3:42 pm**, I executed service of a **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; MINUTE ORDER** on **DR. HUNAIF DAR** at **Midtown Inpatient Medicine LLC, 835 E. 18th Avenue, Denver, Denver County, CO 80218.**

**By Personal Service at workplace to: ANIA JAROCK - EXECUTIVE ASSISTANT**

**Physical Description:**

**Race:** Caucasian   **Sex:** Female   **Age:** 30's   **Height:** 5' 8"   **Weight:** 110 lbs   **Hair:** Blonde   **Glasses:** No

**Additional Comments:** Ania Jarock (Executive Assistant) stated she's authorized to accept on their behalf.

**I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct. Executed on April 21, 2025 at Englewood, CO**

_____

**Fred Lowe, Process Server**