# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00556

ESTATE OF JAMES PURDY, by and through its personal representative Marilyn Purdy;
MARILYN PURDY, individually;
SCOTT PURDY, individually;
BROOKE GRENEMYER, individually;
and MATTHEW PURDY, individually,

       Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF REGGIE MARINELLI, in her official capacity;
JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS;
VITALCORE HEALTH STRATEGIES, LLC;
DETENTION SERVICES MANAGER POLLY ABERNATHY, LPC;
HEALTH SERVICES ADMINISTRATOR ESMERALDA ZIEGELMANN;
BRAYDEN SMITH, EMT;
MYRA BROCK, RN;
ADELE MANN, COUNSELOR;
CASEY CASTANEDA, LPN;
MICHELLE BARRON, MD;
KIM SANCHEZ, RN;
LAVINA BUSBY, RN;
MARSHALL MCCURDY, CP-C;
MONICA JARRELL, NP;
CURTIS MURPHY;
HUNAIF DAR, MD;
JERICA TALCOTT, RN;
CECELIA BARBEITE, RN;
BEVERLY CASAREZ, RN;
ANGEL VARGAS, LPN;
LILIA FERNANDEZ, RN;
BREANNA ANDREWS, RN;
MEGAN PAGE;
CATHERINE ROWE, RN;
ANIKA HENG, MA, LPC, LLC;
TAMMY POPE, MS, LAC;
EMILSA PEREDA, RN;
DEPUTY ROBERT DIEHL;
DEPUTY PETER NIELSEN;
DEPUTY KAITLYN TUEY;

1

DEPUTY SAMUEL VAN ALPHEN;
DEPUTY CHASE VAN WYK;
DEPUTY RICHARD VARGAS;
DEPUTY ALEX ESPARZA;
DEPUTY TINAMINDYKOWSKI;
INMATE SERVICES MANAGER SUSAN WISPELEARE;
DEPUTY ALLEN ERDMANN;
DEPUTY ARIC MEYER;
DEPUTY KIMBERLY JENSEN;
DEPUTY K'LEIGH THOMAS;
JOHN and JANE DOES No. 1-15;

       Defendants.

---

**DEFENDANTS VITALCORE HEALTH STRATAGIES, LLC; ESMERALDA ZIEGELMANN; BRAYDEN SMITH, EMT; MYRA BROCK, RN; CASEY CASTANEDA, LPN; KIM SANCHEZ, RN; LAVINA BUSBY, RN; MARSHALL MCCURDY, CP-C; MONICA JARRELL, NP; CURTIS MURPHY; HUNAIF DAR, MD; JERICA TALCOTT, RN; CECELIA BARBEITE, RN; BEVERLY CASAREZ, RN; ANGEL VARGAS, LPN; LILIA FERNANDEZ, RN; BREANNA ANDREWS, RN; MEGAN PAGE; CATHERINE ROWE, RN; AND EMILSA PEREDA, RN,
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

---

COME NOW, the moving Defendants ("Health Care Defendants"), by and through their counsel, SHARUZI LAW GROUP LTD, and hereby submit the following Motion for an Extension of Time to Answer or Otherwise Respond, and in support thereof state as follows:

### C.R.C.P. 121 CERTIFICATE OF CONFERRAL

The undersigned counsel certifies that she attempted to confer with Plaintiffs' counsel on April 21, 2025, and April 22, 2025, and did not receive a response as of the time of the filing of this Motion.

### MOTION

1. Plaintiffs filed their Complaint on February 20, 2025.

2. Undersigned counsel began the process of executing waivers of service on March 14, 2025.

3. Since that date, Undersigned Counsel has undertaken the laborious process of contacting

2

all named Health Care Defendants whom Undersigned Counsel may represent with the appropriate waivers of conflict and acceptance of service of process.

4.  The current deadline to respond to Plaintiffs' Complaint is April 25, 2025.

5.  The Health Care Defendants, through Undersigned Counsel, require additional time to provide the appropriate responses to Plaintiffs' Complaint and therefore request a brief extension of time to effectuate the same.

6.  In the interest of judicial economy, Undersigned Counsel requests an extension of time for an additional fourteen (14) days to respond to Plaintiffs' Complaint, i.e., on or before May 9, 2025 on behalf of all of the Health Care Defendants noted herein.

7.  The requested extension of time will not delay the ongoing progress of this case, and the matter will proceed to trial unless otherwise resolved, once scheduled.

8.  It is Undersigned Counsel's belief that no prejudice exists.

**WHEREFORE**, Defendants respectfully request that this Court grant an extension of time up through and including May 9, 2025, to file their Answers or Otherwise Respond to Plaintiffs' Complaint as set forth herein.

Respectfully submitted this 22nd day of April 2025.

SHARUZI LAW GROUP LTD

By:    *Stephanie L. Clark*
Jacqueline B. Sharuzi
Stephanie L. Clark
555 Seventeenth Street, Suite 975
Denver, CO 80202
( 303) 226-0331
jackie@sharuzilaw.com
sclark@sharuzilaw.com
***Attorneys for Defendants VITALCORE
HEALTH STRATAGIES, LLC;
ESMERALDA ZIEGELMANN;
BRAYDEN SMITH, EMT;***

3

*MYRA BROCK, RN;*
*CASEY CASTANEDA, LPN;*
*KIM SANCHEZ, RN;*
*LAVINA BUSBY, RN;*
*MARSHALL MCCURDY, CP-C;*
*MONICA JARRELL, NP;*
*CURTIS MURPHY;*
*HUNAIF DAR, MD;*
*JERICA TALCOTT, RN;*
*CECELIA BARBEITE, RN;*
*BEVERLY CASAREZ, RN;*
*ANGEL VARGAS, LPN;*
*LILIA FERNANDEZ, RN;*
*BREANNA ANDREWS, RN;*
*MEGAN PAGE;*
*CATHERINE ROWE, RN;*
*AND EMILSA PEREDA, RN*

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of April 2025, the foregoing was filed via the

CM/ECF system, causing a copy of the same to be served on all counsel of record:


Darold W. Killmer
Michasel Fairhurst
Maddie Lips
KILLMER LAMNE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mlips@killmerlane.com
*Attorneys for Plaintiffs*


/s/ *Cecilia Foster*
Cecilia Foster, Legal Assistant