# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, by and through its personal representative Marilyn Purdy;
MARILYN PURDY, individually;
SCOTT PURDY, individually;
BROOKE GRENEMYER, individually; and
MATTHEW PURDY, individually,

    Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF REGGIE MARINELLI, in her official capacity;
JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS;
VITALCORE HEALTH STRATEGIES, LLC;
DETENTION SERVICES MANAGER POLLY ABERNATHY, LPC;
HEALTH SERVICES ADMINISTRATOR ESMERALDA ZIEGELMANN;
BRAYDEN SMITH, EMT;
MYRA BROCK, RN;
ADELE MANN, COUNSELOR;
CASEY CASTANEDA, LPN;
MICHELLE BARRON, MD;
KIM SANCHEZ, RN;
LAVINA BUSBY, RN;
MARSHALL MCCURDY, CP-C;
MONICA JARRELL, NP;
CURTIS MURPHY;
HUNAIF DAR, MD;
JERICA TALCOTT, RN;
CECELIA BARBEITE, RN;
BEVERLY CASAREZ, RN;
ANGEL VARGAS, LPN;
LILIA FERNANDEZ, RN;
BREANNA ANDREWS, RN;
MEGAN PAGE;
CATHERINE ROWE, RN;
ANIKA HENG, MA, LPC, LLC;
TAMMY POPE, MS, LAC;
EMILSA PEREDA, RN;
DEPUTY ROBERT DIEHL;
DEPUTY PETER NIELSEN;
DEPUTY KAITLYN TUEY;
DEPUTY SAMUEL VAN ALPHEN;

DEPUTY CHASE VAN WYK;
DEPUTY RICHARD VARGAS;
DEPUTY ALEX ESPARZA;
DEPUTY TINAMINDYKOWSKI;
INMATE SERVICES MANAGER SUSAN WISPELEARE;
DEPUTY ALLEN ERDMANN;
DEPUTY ARIC MEYER;
DEPUTY KIMBERLY JENSEN;
DEPUTY K'LEIGH THOMAS;
JOHN and JANE DOES No. 1-15;

  Defendants.

## NOTICE OF ENTRY OF APPEARANCE

  John C. Matthews of White and Steele, P.C., hereby enters his appearance on behalf of Defendant Anika Heng, MA, LPC, LLC. Pursuant to D.C.COLO.L.AttnyR 5(a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

  Submitted this 8th day of May, 2025.

             WHITE AND STEELE, P.C.

             */s/ John C. Matthews*
             John C. Matthews
             White and Steele, P.C.
             Dominion Towers, North Tower
             600 17th Street, Suite 600N
             Denver, CO  80202
             (303) 296-2828
             jmatthews@wsteele.com
             *Attorneys for Defendant Anika Heng*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of May, 2025, the foregoing was filed and served via CM/ECF E-filing, which will send notification to the following:

Darold W. Killmer
Michael Fairhurst
Maddie Lips
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mlips@killmerlane.com
*Attorneys for Plaintiffs*


Rebecca P. Klymkowsky
Ben Longnecker
Assistant Deputy County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
Telephone: 303.271.8932
rklymkow@jeffco.us
bclongne@jeffco.us
*Attorney for Defendants Marinelli, Jeffco BOCC, Abernathy, Mann, Diehl, Nielsen, Tuey, Van Alphen, Van Wyk, Vargas, Esparza, Mindykowski, Wispeleare, Erdmann, Meyer, Jensen, and Thomas*

Jacqueline Sharuzi
Sharuzi Law Group, Ltd.
555 17th St Suite 975
Denver, CO 80202
(303) 226-0330
jackie@sharuzilaw.com
*Attorney for Esmeralda Ziegelmann*

Stephanie L. Clark
Sharuzi Law Group, Ltd.
555 17th St., Suite 975
Denver, CO 80202
(303) 226-0330
sclark@sharuzilaw.com
*Attorney for Vitalcore Health Strategies, Beverly Casarez, Brayden Smith, Casey Castaneda, Catherine Rowe, Cecilia*

*Barbeite, Curtis Murphy, Jerica Talcott, Kim Sanchez,
Lavina Busby, Lilia Fernandez, Marshall McCurdy,
Monica Jarrell, Myra Brock, Hunaif Dar, Angel Vargas,
Breanna Andrews, Megan Page,*

*/s/ BreAnne Olsen*
BreAnne Olsen, Paralegal