**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY,
by and through its personal representative Marilyn Purdy, *et al.,*

      Plaintiffs,

v.

JEFFERSON COUNTY SHERIFF REGGIE MARINELLI,
in her official capacity, *et al.,*

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
JEFFERSON COUNTY DEFENDANTS' MOTION TO DISMISS [DOC. 30]**

---

Plaintiffs, by and through their undersigned counsel of record, hereby move

this honorable Court for an extension of time, up to and including May 27, 2025, to

respond to the Jefferson County Defendants'[1] Motion to Dismiss [Doc. 30], and state

as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1**

1.     Counsel for Plaintiffs, Madison Lips, certifies that she conferred with

---

[1] Defendants Jefferson County Sheriff Reggie Marinelli, Jefferson County Board of
County Commissioners, Polly Abernathy, Adele Mann, Robert Diehl, Peter Nielsen,
Kaitlyn Tuey, Samuel Van Alphen, Chase Van Wyk, Richard Vargas, Alex Esparza,
Tina Mindykowski, Susan Wispeleare, Allen Erdmann, Aric Meyer, Kimberly
Jensen, and K'Leigh Thomas are referred to herein as "Jefferson County
Defendants."

Rebecca Klymkowsky, counsel for the Jefferson County Defendants, via email on May 15, 2025. The Jefferson County Defendants do not oppose the extension sought by this Motion.

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 6.1(c)**

2.     Undersigned counsel for Plaintiff, Madison Lips, hereby certifies that a copy of this Motion will be served upon all Plaintiffs via email on May 16, 2025.

3.     Plaintiffs filed their Complaint and Jury Demand on February 20, 2025. [Doc. 1].

4.     The Jefferson County Defendants filed their Motion to Dismiss on April 28, 2025 [Doc. 30].

5.     By Operation of Rule, Plaintiffs' Response to Defendants' Motion is due on or before May 19, 2025.

6.     Counsel for Plaintiffs have been working diligently to complete the Response within the timeframe prescribed by the Rules but respectfully request an extension up to and including May 27, 2025, to complete the Response, as explained more fully herein.

7.     Fundamentally, Defendants Motion to Dismiss is a lengthy dismissal effort involving 17 Defendants and six claims for relief. Defendants' arguments are sectioned into 8 distinct arguments, including complicated legal issues related to proper municipal liability Defendants, municipal liability itself, qualified and common law immunity defenses, and non-delegable duty and vicarious liability

2

principals, among other things. Moreover, Plaintiffs' claims against Defendants involve a fact pattern spanning nearly a month, and the Complaint itself totals 106 pages. Given the significant fact pattern, scope of legal claims, and complex legal issues, Plaintiffs request this extension of time to properly and fulsomely address all Defendants' arguments at this important stage of the case.

8.    In addition to the normal press of business, counsel for Plaintiffs have been involved in the following matters:

    a.  Undersigned counsel Maddie Lips, one of the attorneys principally responsible for drafting the Response, has been drafting a response to a motion for summary judgment in the matter of *Ashaheed v. Procher,* Civil Action No. 17-cv-03002-WJM-TPO, due May 16, 2025.

    b.  Darold W. Killmer has been involved in substantial preparations of a Pretrial Order filed on May 6, 2025, including the voluminous review of thousands of pages of documents and other tangible materials for the exhibit and witness lists in the matter of *Estate of Richard Ward, et al. v. Pueblo County Sheriff David Lucero, et al.*, Civil Action No. 23-cv-00473-CNS-MBD.

    c.  Darold W. Killmer has also been involved in the initial stages of a Complaint and Preliminary Injunction filed in the matter of *HRDC v. Jefferson County, et al.,* Civil Action No. 25-cv-00164-

DDD-TPO, including a FRCP 26(f) conference, scheduling order, initial disclosures, and responses to Motions to Stay and Dismiss.

d. Darold W. Killmer filed a Complaint in the matter of *Equality State Policy Center v. Gray, et al.,* Civil Action No. 25-cv-00117-SWS (Dist. Wyoming), filed on May 9, 2025, which involved significant preparation prior to filing.

e. Darold W. Killmer also recently prepared and filed an Amended Complaint in the matter of *Guzman v. Starr*, Civil Action No. 24-cv-01842-GPG-CYC, filed on May 12, 2025.

f. Michael Fairhurst's office is based in Carbondale, CO. Mr. Fairhurst has traveled and plans to travel to the Front Range for work-related reasons several times this month.

g. Mr. Fairhurst has also been contending with a handful of family-related issues that have consumed a significant amount of his time and attention.

h. Finally, Madison Lips was out of the office for a long-planned vacation on May 9 and 12.

9.     There have been no previous requests for extensions of time by Plaintiffs, and the short extension will not prejudice any party.

4

WHEREFORE, Plaintiffs request that the Court grant this Motion, and provide up to and including May 27, 2025, for Plaintiffs to respond to the Jefferson County Defendants' Motion to Dismiss as set forth herein.

DATED this 16th day of May 2025.

KILLMER LANE, LLP

s/ Madison Lips

_____

Darold W. Killmer
Michael Fairhurst
Madison Lips
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Fax: (303) 571-1001
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mlips@killmerlane.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I filed the foregoing via CM/ECF, which will send notification to the following:

Rebecca Klymkowsky
Benjamin Longnecker
Assistant Deputy County Attorney
Jefferson County Attorney's Office
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
T: 303.271.8913
rklymkow@jeffco.us
bclongne@jeffco.us

*Attorneys for Defendants Jefferson County Sheriff Regina Marinelli; Jefferson County Board of County Commissioners; Polly Abernathy; Adele Mann; Robert*

5

*Diehl; Peter Nielsen; Kaitlyn Tuey; Samuel Van Alphen; Chase Van Wyk; Richard Vargas; Alex Esparza; Tina Mindykowski; Susan Wispeleare; Allen Erdmann; Aric Meyer; Kimberly Jensen; and K'Leigh Thomas.*

Jacqueline Sharuzi
Stephanie Clark
Sharuzi Law Group, Ltd.
555 17th St Suite 975
Denver, CO 80202
(303) 226-0330
jackie@sharuzilaw.com
sclark@sharuzilaw.com

*Attorneys for Defendants Vitalcore Health Strategies, LLC; Esmeralda Ziegelmann; Brayden Smith; Myra Brock; Casey Castaneda; Kim Sanchez; Lavina Busby; Marshall McCurdy; Monica Jarrell; Curtis Murphy; Jerica Talcott; Cecelia Barbeite; Beverly Casarez; Angel Vargas; Lilia Fernandez; Breanna Andrews; Megan Page; Catherine Rowe; Emilsa Pereda*

In addition, pursuant to D.C.COLO.LCivR. 6.1(c), a copy of this Motion was served on May 16, 2025 to the Plaintiffs, Marilyn Purdy (individually and as personal representative of the Estate of James Purdy), Brooke Grenemyer, Matthew Purdy, and Scott Purdy via email.

KILLMER LANE, LLP

*s/ Jesse Askeland*

_____

Jesse Askeland

6