# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, by and through its personal representative Marilyn Purdy; MARILYN PURDY, individually;
SCOTT PURDY, individually;
BROOKE GRENEMYER, individually; and
MATTHEW PURDY, individually,

    Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO; *et al.*

    Defendants.

## ENTRY OF APPEARANCE

    To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    MICHELLE BARRON, MD

Respectfully submitted this 12th day of June 2025.

                      **SHARUZI LAW GROUP LTD**

By:   */s/ Jacqueline B. Sharuzi*
Jacqueline B. Sharuzi
555 Seventeenth Street, Suite 975
Denver, CO 80202
(303) 226-0331
jackie@sharuzilaw.com
*Attorneys for Defendants*
*Vitalcore Health Stratagies, LLC;*
*Esmeralda Ziegelmann; Brayden*
*Smith, EMT;*
*Myra Brock, RN;*
*Casey Castaneda, LPN;*
*Michelle Barron, MD;*
*Kim Sanchez, RN;*
*Lavina Busby, RN;*
*Marshall Mccurdy, CP-C;*
*Monica Jarrell, NP;*
*Curtis Murphy;*
*Hunaif Dar, MD;*
*Jerica Talcott, RN;*
*Cecelia Barbeite, RN;*
*Beverly Casarez, RN;*
*Angel Vargas, LPN;*
*Lilia Fernandez, RN;*
*Breanna Andrews, RN;*
*Megan Page;*
*Catherine Rowe, RN;*
*And Emilsa Pereda, RN*

2

# CERTIFICATE OF SERVICE

      This is to certify that on this 12th day of June 2025, the foregoing was filed via the CM/ECF system, causing a copy of the same to be served on all counsel of record:

Darold W. Killmer
Michael Fairhurst
Maddie Lips
KILLMER LAMNE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mlips@killmerlane.com
***Attorneys for Plaintiffs***


Rebecca P. Klymkowsky,
Ben Longnecker,
JEFFERSON COUNY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
(303) 271-8900
rklymkow@jeffco.us
bclongne@jeffco.us
***Attorneys for the Board, the Sheriff,
and the Sheriff Employees***


John C. Matthews
Douglas W. Poling
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202
(303) 296-2828
***Attorneys for Anika Heng***


                                        */s/ Laura Ford*
                                        Laura Ford, Legal Assistant