# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, by and through its personal representative Marilyn Purdy; MARILYN PURDY, individually;
SCOTT PURDY, individually;
BROOKE GRENEMYER, individually; and
MATTHEW PURDY, individually,

      Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO; *et al*.

      Defendants.

## ENTRY OF APPEARANCE

      To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

      MICHELLE BARRON, MD

Respectfully submitted this 12th day of June 2025.

                                        **SHARUZI LAW GROUP LTD**

By:   */s/ Stephanie L. Clark*
       Stephanie L. Clark
       555 Seventeenth Street, Suite 975
       Denver, CO 80202
       (303) 226-0331
       sclark@sharuzilaw.com
       *Attorneys for Defendants*
       *Vitalcore Health Stratagies, LLC;*
       *Esmeralda Ziegelmann; Brayden*
       *Smith, EMT;*
       *Myra Brock, RN;*
       *Casey Castaneda, LPN;*
       *Michelle Barron, MD;*
       *Kim Sanchez, RN;*
       *Lavina Busby, RN;*
       *Marshall Mccurdy, CP-C;*
       *Monica Jarrell, NP;*
       *Curtis Murphy;*
       *Hunaif Dar, MD;*
       *Jerica Talcott, RN;*
       *Cecelia Barbeite, RN;*
       *Beverly Casarez, RN;*
       *Angel Vargas, LPN;*
       *Lilia Fernandez, RN;*
       *Breanna Andrews, RN;*
       *Megan Page;*
       *Catherine Rowe, RN;*
       *And Emilsa Pereda, RN*

**CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of June 2025, the foregoing was filed via the CM/ECF system, causing a copy of the same to be served on all counsel of record:

Darold W. Killmer
Michael Fairhurst
Maddie Lips
KILLMER LAMNE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mlips@killmerlane.com
***Attorneys for Plaintiffs***

Rebecca P. Klymkowsky,
Ben Longnecker,
JEFFERSON COUNY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
(303) 271-8900
rklymkow@jeffco.us
bclongne@jeffco.us
***Attorneys for the Board, the Sheriff,
and the Sheriff Employees***

John C. Matthews
Douglas W. Poling
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202
(303) 296-2828
***Attorneys for Anika Heng***

                                          */s/ Laura Ford*
                                          Laura Ford, Legal Assistant