| From: | Darold Killmer |
|---|---|
| To: | Laura Ford |
| Cc: | Jacqueline B. Sharuzi; Stephanie L. Clark; Michael Fairhurst; Maddie Lips; Jesse Askeland |
| Subject: | RE: Purdy; Service on Defendants |
| Date: | Thursday, March 20, 2025 10:59:04 AM |
| Attachments: | image001.png |

Thank you. Could you please provide the last known address and telephone numbers for the medical defendants that you are not accepting service for, namely Anika Heng MA, LPC, LLC; and Tammy Pope MS, LAC? Also, for Breanna Andrews, Megan Page, and Emilsa Pareda? Also for Dr. Dar and Dr. Barron. Obviously this information is mandatorily disclosable under Rule 26, and providing the information now in an effort to reasonably limit the expenses of service of process is right down the strike zone of Rule 4's "duty to avoid unnecessary expenses of serving the summons."

Please provide this information promptly so we can effectuate service and bring all the parties into the action. I appreciate your anticipated cooperation on this request.

Darold

Darold W. Killmer
*He/Him/His* ⓘ

**KILLMER LANE, LLP**

1543 Champa St., Suite 400

Denver, CO 80202

(303) 571-1000

dkillmer@killmerlane.com

---

**From:** Laura Ford <lford@sharuzilaw.com>
**Sent:** Friday, March 14, 2025 12:33 PM
**To:** Darold Killmer <dkillmer@killmerlane.com>
**Cc:** Jacqueline B. Sharuzi <jackie@sharuzilaw.com>; Stephanie L. Clark <sclark@sharuzilaw.com>
**Subject:** Re: Purdy; Service on Defendants

Good afternoon Mr. Kilmer,

Attached please find the revised Executed Waivers of Service, my apologies for the multiple emails.

Best regards,



**Laura Ford**
Legal Assistant | Sharuzi Law Group, Ltd.

EXHIBIT 6

(303) 226-0375
lford@sharuzilaw.com
sharuzilaw.com
555 Seventeenth Street, Suite 975, Denver, CO 80202

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above.  This message may be attorney-client communication, and as such, is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.

**From:** Laura Ford <lford@sharuzilaw.com>

**Date:** Friday, March 14, 2025 at 12:20 PM

**To:** Stephanie L. Clark <sclark@sharuzilaw.com>, Darold Killmer <dkillmer@killmerlane.com>

**Cc:** Jacqueline B. Sharuzi <jackie@sharuzilaw.com>

**Subject:** Re: Purdy; Service on Defendants

Good afternoon,

Please see attached the executed waivers of service for each defendant listed below.

Best regards,

**From:** Stephanie L. Clark <sclark@sharuzilaw.com>

**Date:** Wednesday, March 12, 2025 at 12:45 PM

**To:** Darold Killmer <dkillmer@killmerlane.com>

**Cc:** Jacqueline B. Sharuzi <jackie@sharuzilaw.com>, Laura Ford <lford@sharuzilaw.com>

**Subject:** Purdy; Service on Defendants

Darold,

With respect to the *Purdy* case, please note that we will accept service for the following individual Defendants:

- Brayden Smith, EMT
- Myra Brock, RN
- Casey Castaneda, LPN
- Kim Sanchez, RN
- Lavina Busby, RN

Marshall McCurdy, CP-C

Monica Jarrell, NP

Curtis Murphy

Jerica Talcott, RN

Cecelia Barbite, RN

Beverly Casarez, RN

Lilia Fernadez, RN

Catherine Rowe, RN

We will send executed waivers of service for each/all by the end of this week.

With respect to the remaining Defendants, please be advised that Anika Heng MA, LPC, LLC; Tammy Pope MS, LAC; and Adele Mann are independent contractors for whom we cannot accept service. We also request that VitalCore be served individually as well. We are working on identification of the remaining personnel named in this suit and will let you know what we discover as soon as we can.

Best,

Steph



**Stephanie Clark**
Of Counsel | Sharuzi Law Group, Ltd.

(303) 226-0343

sclark@sharuzilaw.com

sharuzilaw.com

555 Seventeenth Street, Suite 975, Denver, CO 80202

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above.  This message may be attorney-client communication, and as such, is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.