## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, by
and through its personal
representative Marilyn Purdy;
MARILYN PURDY, individually;
SCOTT PURDY, individually;
BROOKE GRENEMYER, individually;
and MATTHEW PURDY, individually,

      Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO; *et al.*

      Defendants.

---

## ENTRY OF APPEARANCE

---

      To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I
appear in this case as counsel for:

      VITALCORE HEALTH STRATAGIES, LLC;
      ESMERALDA ZIEGELMANN;
      BRADEN SMITH, EMT;
      MYRA BROCK, RN;
      CASEY CASTANEDA, LPN;
      MICHELLE BARRON, MD;
      KIM SANCHEZ, RN;
      LAVINA BUSBY, RN;
      MARSHALL MCCURDY, CP-C;
      MONICA JARRELL, NP;
      CURTIS MURPHY, RN;
      HUNAIF DAR, MD;
      JERICA TALCOTT, RN;
      CECILIA BARBEITE, RN;

BEVERLY CASAREZ, RN;
ANGEL VARGAS, LPN;
LILIA FERNANDEZ, RN;
BREANNA ANDREWS, RN;
MEGAN PAGE, RXN;
CATHERINE ROWE, RN;
AND EMILSA PEREDA, RN

Respectfully submitted this 8th day of July 2025.

> **SHARUZI LAW GROUP LTD**
>
> By:    /s/ *William O. Bacharach*
>          William O. Bacharach
>          555 Seventeenth Street, Suite 975
>          Denver, CO 80202
>          (303) 226-0335
>          wbacharach@sharuzilaw.com
>          ***Attorneys for Defendants***
>          ***Vitalcore Health Stratagies, LLC;***
>          ***Esmeralda Ziegelmann; Brayden***
>          ***Smith, EMT;***
>          ***Myra Brock, RN;***
>          ***Casey Castaneda, LPN;***
>          ***Michelle Barron, MD;***
>          ***Kim Sanchez, RN;***
>          ***Lavina Busby, RN;***
>          ***Marshall Mccurdy, CP-C;***
>          ***Monica Jarrell, NP;***
>          ***Curtis Murphy;***
>          ***Hunaif Dar, MD;***
>          ***Jerica Talcott, RN;***
>          ***Cecelia Barbeite, RN;***
>          ***Beverly Casarez, RN;***
>          ***Angel Vargas, LPN;***
>          ***Lilia Fernandez, RN;***
>          ***Breanna Andrews, RN;***
>          ***Megan Page;***
>          ***Catherine Rowe, RN;***
>          ***And Emilsa Pereda, RN***

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of July 2025, the foregoing was filed via the CM/ECF system, causing a copy of the same to be served on all counsel of record.

Darold W. Killmer
Michael Fairhurst
Maddie Lips
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mlips@killmerlane.com
***Attorneys for Plaintiffs***

Rebecca P. Klymkowsky,
Ben Longnecker,
JEFFERSON COUNY ATTORNEY'S
OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
(303) 271-8900
rklymkow@jeffco.us
bclongne@jeffco.us
***Attorneys for the Board, the Sheriff, and the Sheriff Employees***

John C. Matthews
Douglas W. Poling
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202
jmatthews@wsteele.com
dpoling@wsteele.com
***Attorneys for Anika Heng***

Robert A. Lees
Robert A. Lees & Associates
5655 S. Yosemite St., Suite 350
Greenwood Village, CO 80111
(303) 292-1020
ral@RobertALees.com
***Attorney for Tammy Pope***

*/s/ Laura Ford*
Laura Ford, Legal Assistant

4