IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, by and through its personal representative Marilyn Purdy; MARILYN PURDY, individually;
SCOTT PURDY, individually;
BROOKE GRENEMYER, individually;
and MATTHEW PURDY, individually,

    Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO; et al.

    Defendants.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case, along with Jacqueline B. Sharuzi and Stephanie L. Clark of Sharuzi Law Group, Ltd. as counsel for:

    VITALCORE HEALTH STRATEGIES, LLC;
    ESMERALDA ZIEGELMANN;
    BRADEN SMITH, EMT;
    MYRA BROCK, RN;
    CASEY CASTANEDA, LPN;
    MICHELLE BARRON, MD;
    KIM SANCHEZ, RN;
    LAVINA BUSBY, RN;
    MARSHALL MCCURDY, CP-C;
    MONICA JARRELL, NP;
    CURTIS MURPHY, RN;

HUNAIF DAR, MD;
JERICA TALCOTT, RN;
CECILIA BARBEITE, RN;
BEVERLY CASAREZ, RN;
ANGEL VARGAS, LPN;
LILIA FERNANDEZ, RN;
BREANNA ANDREWS, RN;
MEGAN PAGE, RXN;
CATHERINE ROWE, RN; AND
EMILSA PEREDA, RN.

Respectfully submitted this 16th day of September 2025.

**SHARUZI LAW GROUP LTD**

By:   /s/ *Rachael E. Bandeira*
Jacqueline B. Sharuzi
Stephanie L. Clark
Rachael E. Bandeira
555 Seventeenth Street, Suite 975
Denver, CO 80202
(303) 226-0331
jackie@sharuzilaw.com
sclark@sharuzilaw.com
rbandeira@sharuzilaw.com
*Attorneys for Defendants*
*Vitalcore Health Stratagies, LLC;*
*Esmeralda Ziegelmann; Brayden*
*Smith, EMT; Myra Brock, RN;*
*Casey Castaneda, LPN;*
*Michelle Barron, MD;*
*Kim Sanchez, RN;*
*Lavina Busby, RN;*
*Marshall Mccurdy, CP-C;*
*Monica Jarrell, NP;*
*Curtis Murphy;*
*Hunaif Dar, MD;*
*Jerica Talcott, RN;*
*Cecelia Barbeite, RN;*
*Beverly Casarez, RN;*

*Angel Vargas, LPN;*
*Lilia Fernandez, RN;*
*Breanna Andrews, RN;*
*Megan Page;*
*Catherine Rowe, RN;*
*and Emilsa Pereda, RN*

**CERTIFICATE OF SERVICE**

This is to certify that on this 16th day of September 2025, the foregoing was filed via the CM/ECF system, causing a copy of the same to be served on all counsel of record.

/s/ Laura Ford
Laura Ford, Legal Assistant