```
                                                                         1




 1   _____

 2   DISTRICT COURT
     JEFFERSON COUNTY
 3   STATE OF COLORADO
     100 Jefferson County Parkway
 4   Golden, Colorado 80401

 5   _____

     PEOPLE OF THE STATE OF
 6   COLORADO,
     Plaintiff,
 7
     v.                                    ^FOR COURT USE ONLY^_____
 8
     JAMES ARTHUR PURDY,                   Case No. 2023 CR 1330
 9   Defendant.                            Division 14

10   _____

11
     For the Plaintiff:
12
          Office of the District Attorney
13        100 Jefferson County Parkway
          Golden, Colorado 80401
14
     For the Defendant:
15
          Office of the Public Defender
16        560 Golden Ridge Road, Suite 100
          Golden, Colorado 80401
17

18   _____

              The matter came on for hearing held on June 23, 2023,
19   before the HONORABLE BRADLEY ALLEN BURBACK, Judge of the County
     Court, and the following proceedings were had.
20
     _____
21
                         (Recorded and Transcribed)
22

23

24

25


                                                              PURDY 001173
```

1               PROCEEDINGS

2          THE COURT: All right. This is 23CR1330, People of the

3   State of Colorado versus James Purdy. All right. Mr. Purdy

4   appears. It looks like he has the headphones on. Have you had a

5   chance to speak with Mr. Purdy, Ms. Lucas?

6          MS. LUCAS: Your Honor, I have had an opportunity to

7   speak with Mr. Purdy. I have advised him of the charges. I

8   would waive any further formal reading.

9          I don't believe we can address bond today. I don't

10  know if the people are VRA compliant. I recognize there was a

11  bond amount set on the warrant.

12         THE COURT: All right. Thank you. This is a case in

13  which probable cause was found based on the affidavit. A warrant

14  issued on June 13th. Magistrate Alabiso set bond in the amount

15  of $10,000 cash finding, pursuant to the statute, that a

16  cash-only bond was necessary to ensure the appearance of the

17  defendant in court, for the safety of any other person or persons

18  or the community. So that is the bond that's been set. There

19  were no, well, I guess there's a bond condition set to have no

20  contact with the alleged victim in the case.

21         So with regard to that and any other bond conditions,

22  anything from the people, Ms. Schroeder?

23         MS. SCHROEDER: Your Honor, I was going to request the

24  Court leave the bond amount set as is based on the findings from

25  Magistrate Alabiso, as well as the information in the affidavit.

1       There is information in the affidavit about another
2  incident involving a different woman where Mr. Purdy was issued a
3  summons.  I don't know if that is the other case that is
4  mentioned on the pretrial services report.  My assumption is it
5  is.
6       It does appear, based on the affidavit as well as some
7  of the other incidents that are mentioned, that alcohol may be an
8  issue, so I am going to request pretrial supervision.  No drugs
9  or alcohol.  No weapons.  Monitored sobriety at pretrial's
10 discretion.  And then that protection order for the named victim
11 with all but box 6 checked.
12      MS. LUCAS:  Your Honor, I would object to the no drugs
13 or alcohol or weapons, none of those things were present in the
14 affidavit, nor in the history.
15      THE COURT:  All right.  Thank you.  After considering
16 all the statutory factors regarding setting bond, and all the
17 information in the pretrial services report, noting bond has been
18 set, it's a victim's rights case, I'll maintain the $10,000 cash
19 bond that was set by Magistrate Alabiso on the warrant.
20      I will modify it for pretrial supervision.  No drug or
21 alcohol use, monitored sobriety.  No weapons.  Protection order
22 issues under 18-1-1001, all boxes exception relinquishment being
23 checked.
24      Condition of bond is to comply with the protection
25 order.

4

1  Ma'am, you have been present in the courtroom this
2  morning, if you want to step up to the microphone. And, ma'am,
3  how are you connected with the case?
4  MRS. PURDY: I am his wife.
5  THE COURT: Okay. Mr. Purdy's wife appears in the
6  courtroom. Ma'am, is there anything you want to say?
7  MRS. PURDY: Yes. My husband has had Parkinson's for
8  16 years. At this point he has dementia. And he is wobbly so
9  people think he is drunk, but he is not. He doesn't drink. And
10 he has memory issues. He has delusion issues because of the
11 heavy duty medications that he has to take. And I'm aware that
12 maybe many people don't know the Parkinson's symptoms.
13 And I don't know what it means to get $10,000 bond. We
14 are on a fixed income, so I don't know what that means.
15 THE COURT: All right. Well, I understand what you're
16 saying, Mrs. Purdy. Since the bond has been set and it's a
17 victim's rights case, we can't really readdress bond today.
18 We do have charges that have been filed in the case, so
19 we're going to be setting for a preliminary hearing. I'm going
20 to be appointing the public defender to represent your husband,
21 so he will have an attorney representing him who can file motions
22 regarding bond or any other issues.
23 So I do appreciate your patience here this morning,
24 ma'am. I know we ran over. I appreciate your reappearing here
25 this afternoon. All we can do at this point is just set the

1  matter for a preliminary hearing, appoint the public defender and
2  kind of go from there, okay.
3         MRS. PURDY:  Okay.  Can I pick him up?
4         THE COURT:  Well, he has to post the bond.  The bond
5  has to be posted before he can be released, ma'am.  It's a
6  $10,000 cash bond.
7         MRS. PURDY:  We don't have (not audible).
8         THE COURT:  I appreciate that, ma'am, but I can't
9  readdress bond today because of the statute and the law that says
10 I cannot do that unless there's been victim's rights compliance
11 and we don't have that today.
12        So I understand the circumstances and I empathize with
13 you, ma'am, but at this point we're going to have to leave things
14 as they are.  But he does have an attorney representing him, the
15 public defender is appointed.  So I will appoint the public
16 defender with reading of the charges being waived.
17        And the case is set for a preliminary hearing in
18 Division J on July 25th at 8:00 a.m.  And it's a Division 14
19 district court case.
20        Anything further from the people?
21        MS. SCHROEDER:  No, Your Honor.  Thank you.
22        THE COURT:  Ms. Lucas, anything further?
23        MS. LUCAS:  Yes.  We would put the people on notice of
24 our intent to argue bond reduction on the 25th.
25        THE COURT:  All right.  People are on notice that bond

6

1  will be readdressed at the next court hearing.

2         All right.  Good luck, Mr. Purdy.  Mrs. Purdy, good
3  luck to you as well, ma'am.  Take care.

4         SPEAKER:  Your Honor, Mr. Purdy wants to say something
5  before we go.

6         THE DEFENDANT:  (Not audible) I never (not audible) --

7         MS. LUCAS:  Your Honor, I'm going to ask that we not
8  hear from Mr. Purdy.  I know from speaking to him he was
9  extremely confused when I was trying to talk to him.  And based
10 on the rest of the record, I'm asking the Court not to hear from
11 him today.

12        THE COURT:  Okay.  Thank you.  That concludes the
13 hearing on Mr. Purdy's case.  Thank you.  Good luck, Mr. Purdy.

14        THE DEFENDANT:  Thank you.

15        (WHEREUPON, the digitally recorded proceeding
16 concluded.)

17

18

19

20

21

22

23

24

25

```
                                                                    7


1                    TRANSCRIPTIONIST'S CERTIFICATE

2            I certify that the foregoing is a correct transcript

3   from the electronic sound recording of the proceedings in the

4   above-entitled matter and is in compliance with Chief Justice

5   Directive 05-03.

6            DATED this 31st day of January, 2024.

7

8                                 /s/ Kristie R. Karol
                                  Kristie R. Karol
9                                 Court Transcriber

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PURDY 001179