# Attorney-Client Communication

[redacted]

Begin forwarded message:

**From:** Melissa Ford <gonford03@gmail.com>
**Subject: Fwd: Attorney info**
**Date:** July 25, 2023 at 10:55:09 PM MDT
**To:** Marylin Purdy <miraclemom4@msn.com>

Hi Marylin,

I'm so very sorry all this is happening to Jim and to you..
It really is unbelievable how everything has played out and now, Jim being so sick.
You know whatever we can do we are here for you.

I forwarded an email with an attorney's name.
My friend Bob Nelson, who is an attorney, and use to practice criminal law, said you should start with Randy Paulson, he is a good friend of Bob's. He is a criminal attorney and also a personal injury attorney. You have a civil action against Jefferson County and should talk with him sooner rather than later, before Jim passes.
O know you have so much going on but try to have Matt or Dan call him.

Praying for you all my friend..


Melissa Ford
Kailey's Mom

---------- Forwarded message ---------
From: **Melissa Ford** <gonford03@gmail.com>
Date: Tue, Jul 25, 2023, 8:39 PM
Subject: Jim
To: Melissa Ford <gonford03@gmail.com>


Randy Paulson
303.808 2050

Bob Nelson

Civil action

EXHIBIT C

Melissa Ford
Kailey's Mom

PURDY 003810

# Attorney-Client Communication

Begin forwarded message:

**Subject: Fwd: James Purdy's hearing Monday July 17th @ 1:15 VERY IMPORTANT!**
**Date:** July 16, 2023 at 10:19:09 PM MDT
**To:** zachary.rippe@coloradodefenders.us

Mr Rippe, Do hope you received my first email. I want to say that Jim's issue is a medical one and not a criminal one. You will see first hand when you meet him. Parkinsons, Dementia and the heavy-duty medication side effects he has are an insidious situation needing understanding and a level of compassion. Thank you. Marilyn Purdy

> **From:** Marilyn <miraclemom4@msn.com>
> **Subject: James Purdy's hearing Monday July 17th @ 1:15**
> **Date:** July 14, 2023 at 9:41:13 AM MDT
> **To:** zachary.rippe@coloradodefenders.us
>
> Mr. Rippe,
> My names is Marilyn Purdy. I have tried to reach you but Ms. Knickerbocker said coming to the office was a waste of time. I've called more than several times and your extension does not go through.
>
> My husband's harassment hearing on Monday July 17th should need some info for you to understand the situation. James has dementia and Parkinsons and his medications cause hallucinations regularly. He went to a liquor store to get some
> Non-Alcoholic beer (Coors Edge). Checking out he fell down like he does many times with Parkinsons and the cashier said he could not sell the beer to him thinking he was drunk even though he was wanting to purchase Non-Alcoholic beer. The lady behind him said she would buy it since she was purchasing the same beer and told Jim he could pay her for it. Jim went to the parking lot, got in his truck and the lady got in her car and motioned for Jim to follow her. He followed her for a long while. She called the police and they pulled him over and gave him a harassment ticket. I honestly believe Jim saw an hallucination from the lady to follow her. Her motion to follow her probably did not happen but this is the side effect that can

PURDY 003811

happen with the medications Jim is on for Parkinsons.  All he wanted was the Coors Edge Non-Alcoholic beer.

Do hope this reaches you and will help you defend Jim.  Thank you.
Marilyn Purdy

PURDY 003812

EXHIBIT C

# Attorney-Client Communication

Begin forwarded message:

**From:** Tom Purdy <purdyta@yahoo.com>
**Subject: Fwd: Resources**
**Date:** July 19, 2023 at 3:28:29 PM MDT
**To:** "miraclemom4@msn.com" <miraclemom4@msn.com>

FYI

Sent from my iPhone

Begin forwarded message:

**From:** Courtney Arthur <Courtney@rmvictimlaw.org>
**Date:** July 12, 2023 at 4:08:06 PM EDT
**To:** purdyta@yahoo.com
**Subject: Resources**

Hi Tom,

Thank you so much for taking the time to speak to me. I am sorry your family is having to navigate this truly challenging situation. Based on my understanding of our conversation, and please correct me if I've missed something, it sounds like you are looking for a civil rights attorney to assist in getting your cousin's medical needs met while in custody. I have listed some possible resources and referrals below.

While our attorneys do not handle civil rights cases, I am hopeful that the following resources may be able to assist you.

PURDY 003813

- **Rathod Mohamedbhai LLC**-https://rmlawyers.com/
    - (303) 578-4400
- **Colorado Trial Lawyers Association's Find a Lawyer tool** – to find private attorneys who may be able to assist, https://ts.ctlanet.org/?pg=FindaLawyer. This search tool has a filter option, including types of legal assistance, such as civil rights, and payment options such as sliding scales or pro bono. Some law firms may offer free legal consultation as well.

Another resource that may be helpful is the Colorado Prison Resources list. This is a list of other organizations that work within the jail or prison system. You can check them out here: https://www.hrw.org/news/2010/07/07/colorado-prison-resources

Again, thank you for taking the time to speak with me. If you have any questions regarding these referrals or need additional information in the future, please do not hesitate to reach out.
Warmly,
Courtney

**Courtney Arthur**
Intake Specialist
Rocky Mountain Victim Law Center
P. 303-295-2001
RMvlc Website: www.rmvictimlaw.org
Legal Information Network of Colorado Website:
www.ColoradoLINC.org

CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2515, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, including any attachments, may contain confidential and/or attorney-client privileged information. If you are not the intended recipient, any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return email or by calling 303.295.2001 and destroy the original transmission and its attachments, as well as your reply email, without reading or saving them in any manner. Thank you.

**PURDY 003815**

EXHIBIT C

# Attorney-Client Communication

**Subject: Time for an appt?**
**Date:** July 11, 2023 at 7:08:13 AM MDT
**To:** <Lindsay.Stone@coloradodefenders.us>

Hi Lindsay,  So happy to have met you yesterday. Jim is back at jail.  He had a big bruise on the leg and hip and they thought he should be checked out to see if he broke anything. There was nothing broken.

In your busy schedule would you have a bit of time for an appointment?  Jim's cousin called and would like to help with some bail.  I'd like to see if something would be worked out with the VA (Nathan at VA Judicial Outreach).  Have you set a time to see Jim?

Thank you for your kind  support yesterday and do hope we can meet.  Just name the time and place.
Blessings,  Marilyn Purdy

PURDY 003816

# Attorney-Client Communication

**Subject: Re: James Purdy hearing today**
**Date:** August 20, 2025 at 11:37:41 AM MDT
**To:** marilyn purdy <miraclemom4@msn.com>

On Jul 20, 2023, at 12:33 PM, Stone, Lindsay <Lindsay.Stone@coloradodefenders.us> wrote:

Let's talk in person. I think you're mixing up some of these legal concepts and I can explain better in person.

Sent from my iPhone

On Jul 20, 2023, at 12:03 PM, marilyn purdy <miraclemom4@msn.com> wrote:

Hi Lindsay, No restrictions except not to drive, no probation?, no ankle monitor? I remember you said that competency evaluation had a year waiting list, True? Called nurse at the jail to get a VA form signed by Jim. She said he was not there. Is he still in the hospital? How does that effect his release if he is not at the jail? Also is there no hearing on July 25th, right? If Jim is just accused but not convicted of a felony to go in a care facility would be difficult if it isn't decided. Sorry so many questions. Will be at the jail and the court house in the next hour. Thanks Marilyn

On Jul 20, 2023, at 9:13 AM, Stone, Lindsay <Lindsay.Stone@coloradodefenders.us> wrote:

Hey Marilyn,

This is just a bond hearing. We'll be asking for him to be released without payment, and for conditions that he not drive. I also will be raising the issue of competency, which

PURDY 003817

will trigger a mandatory competency evaluation by a doctor from the state hospital. Those are the only two things being addressed today. The judge has no authority to reduce the charges and the DA only will reduce charges through a process called plea negotiations. Plea negotiations won't start until we determine if he's competent or not.

-Lindsay

Sent from my iPhone

> On Jul 20, 2023, at 8:45 AM, marilyn purdy <miraclemom4@msn.com> wrote:
>
> Good Morning, Lindsay, will this hearing address release with ankle monitor, no drivers license, charges lowered or dismissed by mental deficiencies, a PR or lowered bail, combining the harassment charge and probation. That is a lot to cover. I so appreciate your help, expertise, and your understanding of Jim's situation. Thanks, Marilyn Purdy
>
>> On Jul 19, 2023, at 2:14 PM, Stone, Lindsay <Lindsay.Stone@coloradodefenders.us> wrote:
>>
>> Hi Marilyn,
>>
>> We were successful at moving up his court date. He has an emergency bond hearing tomorrow 7/20 @ 2pm.

PURDY 003818

EXHIBIT C

Lindsay Stone
Senior Deputy State Public Defender
Office of the Colorado State Public Defender
560 Golden Ridge Road, Golden, CO 80401
P: (303) 279-7841 Ext. 1364

-----Original Message-----
From: marilyn purdy <miraclemom4@msn.com>
Sent: Friday, July 7, 2023 3:47 PM
To: Stone, Lindsay <Lindsay.Stone@coloradodefenders.us>
Subject: UCH Medical Records for James Purdy

Good Afternoon Lindsay, Here are the medical records from University of Colorado Hospital. I am going to Lutheran (SCL) today to see if I can get his records there. Hopefully you've been in contact with Nathan from VA Judicial Outreach. He is sending you a letter from Dr. Sarah Beck (VA)

PURDY 003819

about Jim's condition with Parkinsons Dementia. I am still going to bring by Monday info on Parkinsons and the strong side effects of the Parkinsons medications he takes every 4 hours. Thank you for your call yesterday. It was so appreciated. Blessings, Marilyn Purdy

PURDY 003820

EXHIBIT C

# Attorney-Client Communication

Begin forwarded message:

**From:** Marilyn <miraclemom4@msn.com>
**Subject: Re: Please help me.**
**Date:** July 17, 2023 at 10:18:56 AM MDT
**To:** "Viton, Nathan L." <Nathan.Viton@va.gov>

Thank you for your attention to Jim.  Left another message on your phone because I hadn't seen your email.  I do so hope that they will release him and he can go to the VA hospital soon.  There was no criminal intent here, it is a mental illness problem.  Thanks again,  Marilyn Purdy

> On Jul 17, 2023, at 8:33 AM, Viton, Nathan L. <Nathan.Viton@va.gov> wrote:
>
> I am so sorry for all that is happening. I am not sure what can happen next but I will reach out. I very much hope the judge chooses to release him and we can get him to the VA hospital right away.
>
> **From:** marilyn purdy <miraclemom4@msn.com>
> **Sent:** Sunday, July 16, 2023 7:02 AM
> **To:** Viton, Nathan L. <Nathan.Viton@va.gov>
> **Subject:** [EXTERNAL] Please help me.
>
> Nathan,  I really need your help.  Is  there anyplace Jim could be transferred to?  In the jail,  he is falling all the time and today he fell and has a 'goose egg" on his forehead. His cardiologist Dr. Finta said hitting his head puts him at risk for a brain bleed.   A  few days back he fell on his thigh and hip and has a nasty bruise serious enough for the jail to transfer him to the hospital to see if he had broken anything.  Any progress getting together with Lindsay and your friend Jess to work out a plea or dismissal with restrictions? FYI —— The lady that Jim harassed ( and I think that is what it was not 2nd degree Kidnapping) is a famous runner.  Look up Kendra Miller.  Several TV stations in Denver have done stories on her.  Maybe that has something to do with the high bond so he couldn't get out of jail.  Jim goes to court on Monday at 1:00 pm for the summons on harassment.  I know his public defender Zach Ribbe hasn't been in to see him yet.  He seems so far off mentally that he may not be able to be lucid enough to relay  details of that incident.  I did send an email to Mr. Ribbe

PURDY 003821

**EXHIBIT C**

recounting what Jim told me that evening in question. I honestly believe that he was seeing an hallucination when he said she was waving him on to follow her.

I will try to call you tomorrow. Thank you. Marilyn Purdy

On Jul 7, 2023, at 10:51 AM, Viton, Nathan L. <Nathan.Viton@va.gov> wrote:

Lindsay.Stone@coloradodefenders.us

Nathan Viton, LCSW
Veterans Justice Outreach Coordinator
VA Community Resource and Referral Center
3836 York St.
Denver, CO 80205
720-484-1027
nathan.viton@va.gov