IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, by and through its personal representative Marilyn Purdy; MARILYN PURDY, individually;
SCOTT PURDY, individually;
BROOKE GRENEMYER, individually;
and MATTHEW PURDY, individually,
Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO; et al.
Defendants.

## DEFENDANTS' JOINDER IN DESIGNATION OF NON-PARTY AT FAULT OUTSIDE TIME PRESCRIBED BY COLO. REV. STAT. §13-21-111.5(3)(b)

Defendants VitalCore Health Strategies, LLC, Breanna Andrews, RN, Esmerelda Ziegelmann, RN, Brayden Smith, Myra Borck, RN Casey Castaneda, LPN; Kim Snachez, RN; Lavinia Busby, RN; Marshall McCurdy, CP-C; Monica Jarnell, RN; Curtis Murphy, RN; Hunaif Dar, MD; Michelle Barron, MD, Jerica Talcott, RN; Cecelia Barbeite, RN; Beverly, Casarez, RN; Angel Vargas, LPN; Lilia Fernandez, RN; Megan Page; Catherine Rowe, RN; and Emilsa Pereda, (hereinafter, "VitalCore Defendants") by and through their counsel, SHARUZI LAW GROUP LTD, joins Defendants Jefferson County Sheriff Regine Marinelli, Jefferson County Board of County Commissioners, Polly Abernathy, Adele Mann, Robert Diehl, Peter Nielsen, Kaitlyn Tuey, Samuel Van Alphen, Chase Van Wyk, Richard Vargas, Alex

Esparaza, Tina Mindykowski, Susan Wispeleare, Allen Erdmann, Aric Meyer, Kimberly Jensen and K'Leigh Thomas' (hereinafter "JeffCo Defendants'") Designation of Non-Party(s) Outside Time Prescribed by C.R.S. §13-21-111.5(3)(b) and as grounds in support thereof, states as follows: The arguments in authority in Defendants' designation are equally applicable for the VitalCore Defendants and they incorporate the Notice pursuant to Fed. R. Civ. P. 10(c).

WHEREFORE, Defendants VitalCore Health Strategies, LLC, Breanna Andrews, RN, Esmerelda Ziegelmann, RN, Brayden Smith, Myra Borck, RN Casey Castaneda, LPN; Kim Snachez, RN; Lavinia Busby, RN; Marshall McCurdy, CP-C; Monica Jarnell, RN; Curtis Murphy, RN; Hunaif Dar, MD; Michelle Barron, MD, Jerica Talcott, RN; Cecelia Barbeite, RN; Beverly, Casarez, RN; Angel Vargas, LPN; Lilia Fernandez, RN; Megan Page; Catherine Rowe, RN; and Emilsa Pereda respectfully request that the Court designate the Golden office of the Office of the Colorado State Public Defender and Deputy State Public Defender Lindsay Stone as Non-Parties at Fault pursuant to C.R.S. §13-21-111.5(3)(b).

## CERTIFICATION OF COMPLIANCE WITH SKC STANDING ORDER FOR CIVIL CASES SECTION C (2)

I hereby certify that no portion of this pleading was drafted using artificial intelligence (AI).

*/s/ Stephanie L. Clark*
Stephanie L. Clark

Respectfully submitted this 13th day of October 2025.

                                         **SHARUZI LAW GROUP LTD**

By:    */s/ Stephanie L. Clark*
        Jacqueline B. Sharuzi
        Stephanie L. Clark
        Rachael E. Bandeira
        555 Seventeenth Street, Suite 975
        Denver, CO 80202
        (303) 226-0331
        jackie@sharuzilaw.com
        sclark@sharuzilaw.com
        rbandeira@sharuzilaw.com
        *Attorneys for Defendants VitalCore Health Strategies, LLC; Esmeralda Ziegelmann; Braden Smith, EMT; Myra Brock, RN; Casey Castaneda, LPN; Michelle Barron, MD; Kim Sanchez, RN; Lavina Busby, RN; Marshall Mccurdy, CP-C; Monica Jarrell, NP; Curtis Murphy, RN; Hunaif Dar, MD; Jerica Talcott, RN; Cecilia Barbeite, RN; Beverly Casarez, RN; Angel Vargas, LPN; Lilia Fernandez, RN; Breanna Andrews, RN; Megan Page, RXN; Catherine Rowe, RN; and Emilsa Pereda, RN.*

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of October 2025, the foregoing was sent via email to the following:

Darold W. Killmer
Michael Fairhurst
Maddie Lips
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mlips@killmerlane.com
*Attorneys for Plaintiffs*

John C. Matthews
Douglas W. Poling
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202
jmatthews@wsteele.com
dpoling@wsteele.com
*Attorneys for Anika Heng*

Rebecca P. Klymkowsky,
Benjamin Longnecker,
JEFFERSON COUNY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
bclongne@jeffco.us
*Attorneys for the Board, the Sheriff, and the Sheriff Employees*

Robert A. Lees
ROBERT A. LEES & ASSOCIATES
5655 S. Yosemite St., Suite 350
Greenwood Village, CO 80111
(303) 292-1020
ral@RobertALees.com
*Attorney for Tammy Pope*

By: */s/ Laura Ford*
     Laura Ford, Legal Assistant