IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, et al.,

     Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, et al.,

     Defendants.

---

**MOTION TO RESTRICT PURSUANT TO
STIPULATED PROTECTIVE ORDER CONCERNING
CONFIDENTIAL INFORMATION [ECF 97][1]**

---

Pursuant to SKC CIV. PRACT. STAND. 7.1A(c) and D.C.COLO.LCIVR 7.2(c), the

Sheriff Defendants respectfully move this Court to restrict **Exhibits F** [ECF 168-6],

**G** [ECF 168-7], **H** [ECF 168-8], and **I** [ECF 168-9] to their Response to Motion to

Strike Designation of Non-Party at Fault [ECF 160] [ECF 168]. The Sheriff

Defendants request a Level 1 restriction which limits access to the parties and the

---

[1] Pursuant to D.C.COLO.LCIVR 6.1(c) and 7.1, undersigned counsel certifies that he conferred with counsel for Non-Parties, the Office of the State Public Defender and Deputy Public Defender Ms. Lindsay Stone, and with Plaintiffs' counsel regarding the relief sought herein. Plaintiffs' counsel is unopposed to the requested relief. Counsel for the Office of the State Public Defender and Deputy Public Defender Ms. Lindsay Stone objects to the relief requested herein unless they are able to see the entire file related to the exhibits being restricted. Sheriff Defendants do not oppose releasing that file, and undersigned counsel intends to coordinate with counsel for Plaintiffs and counsel for Non-Parties, Office of the State Public Defender and Deputy Public Defender Ms. Lindsay Stone, to reach an accommodation on the requested disclosure.

1

court to preserve the protections afforded these documents given Mr. Purdy's state

criminal proceedings are sealed under Colorado law and the parties have agreed to

keep these matters confidential except as necessary to advance the resolution of this

litigation, as outlined in the Court's Stipulated Protective Order Concerning

Confidential Information [ECF 97].

Respectfully submitted this 8th day of April, 2026.

Jefferson County Attorney's Office

*/s/ Ben Longnecker*
Rebecca P. Klymkowsky
Assistant Deputy County Attorney
Ben Longnecker
Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
T: 303.271.8900
E: rklymkow@jeffco.us
E: bclongne@jeffco.us
*Attorneys for Sheriff Defendants*

*SKC Standing Order for Civil Cases Section C(2) Certification. I hereby certify that no portion of this pleading was drafted or researched using artificial intelligence (AI).*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, I filed the foregoing **MOTION TO
RESTRICT PURSUANT TO STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL INFORMATION [ECF 97]** via CM/ECF,
which will serve a true and correct copy upon the following:

Darold Killmer | dkillmer@killmerlane.com
Michael Fairhurst | mfairhurst@killmerlane.com
Maddie Schaefer | mschaefer@killmerlane.com
Killmer Lane, LLP
*Attorneys for Plaintiffs*

Jacqueline B. Sharuzi-Brown | jackie@sharuzilaw.com
Stephanie Lynn Clark | sclark@sharuzilaw.com
Rachel Erin Bandeira | rbandeira@sharuzilaw.com
Sharuzi Law Group, Ltd.
*Attorneys for VitalCore Defendants*

John C. Matthews | jmatthews@wsteele.com
Douglas W. Poling | dpoling@wsteele.com
*Attorneys for Defendant Heng*

Nicholas A. Cottrell | ncottrell@robertalees.com
White and Steele, P.C.
Robert A. Lees | ral@robertalees.com
Robert A. Lees & Associates
*Attorneys for Defendant Pope*

*/s/ Beth Ann Jackson*
Beth Ann Jackson, Paralegal
Jefferson County Attorney's Office

3