CONFIDENTIAL **EXHIBIT G**

| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 JEFFERSON COUNTY PARKWAY, GOLDEN, CO, 80401-6002<br><br> THE PEOPLE OF THE STATE OF COLORADO<br> v.<br>**Defendant(s)** JAMES ARTHUR PURDY | DATE FILED: July 18, 2023 11:58 AM<br><br><br><br><br>⚠ **COURT USE ONLY** ⚠ |
|---|---|
| | Case Number: 2023CR1330<br>Division: J          Courtroom: |
| **Order:Unopposed Motion for Emergency Bond Hearing [D1]** | |

The motion/proposed order attached hereto: SET FOR HEARING.

Expedited hearing authorized.


Issue Date: 7/18/2023

BRADLEY ALLEN BURBACK
County Court Judge

CONFIDENTIAL                    **PURDY 001135**