| ☒ County Court  ☐ District Court<br>Jefferson County, State of Colorado<br>100 Jefferson County Parkway<br>Golden, CO 80401 | DATE FILED: July 21, 2023 1:09 PM |
|---|---|
| **PEOPLE OF THE STATE OF COLORADO**<br>v.<br>**JAMES ARTHUR PURDY**<br>AKA:<br>Defendant | |
| | ▲  **COURT USE ONLY**  ▲ |
| Alexis King, District Attorney<br>Conrad Glover, Deputy District Attorney<br>500 Jefferson County Parkway<br>Golden, CO 80401-6020<br><br>Phone Number: (303)271-6800<br>FAX Number: (303)271-6888<br>E-mail:<br>Attorney Reg. 54198 | Case No.<br>D0302023CR001330<br><br>Div: J<br><br>Ctrm: 320 |
| **RESPONSE TO MOTION TO MODIFY BOND CONDITIONS** | |

      ALEXIS KING, District Attorney in and for the First Judicial District, County of Jefferson, State of Colorado, respectfully requests this Honorable Court GRANT Pretrial Services' request to remove GPS prior to bonding as a condition of the bond.

      The People are in VRA compliance with this request. The Victim and the District Attorney's Office do not object to the request. The assigned Deputy District Attorney has spoken with Ms. Lindsay Stone, the Defendant's appointed attorney. She is in support of the modification as well.

Respectfully submitted,

ALEXIS KING
District Attorney

By:     /s/ Conrad Glover
      Conrad Glover
      Deputy District Attorney
      Registration No. 54198