**CONFIDENTIAL**                                                    **EXHIBIT I**

7/20/23 PD store for D - D has been transported to hospital. Bond modified to $10,000 PR co-signed by Marilyn Purdy, @ Same T&Cs, GPS ordered as cond. of bond; no driving added to cond. of bond. PD waives D/S appearance - PD mtn re: competency addressed - proceedings ordered stayed - Competency order ordered, report to address competency & restoration if applicable.
Set for review in Div 14:
8/28/23 @ 0830.