## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, et al.,
       Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, *et al.*,
       Defendants.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### FILE REPLY IN SUPPORT OF MOTION TO STRIKE
### DESIGNATION OF NON-PARTY AT FAULT

---

The Office of the State Public Defender and Deputy Public Defender Ms. Lindsay Stone (the "Public Defender" or "Public Defenders"), through the Colorado Attorney General, hereby request an extension of time in which to file their Reply in Support of their Motion to Strike [ECF #160]. In support of this Motion, the Public Defender states as follows.

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1

Pursuant to D.C.COLO.LCivR 7.1(a) undersigned counsel conferred with counsel for Sheriff Defendants on April 14, 2026. Sheriff Defendants do not oppose this Motion.

## REQUEST FOR EXTENSION OF TIME

1.      On September 9, 2026, Sheriff Defendants filed their Designation of Non-Party at Fault ("Designation"), naming the Public Defender and Ms. Stone as Non-Parties at Fault.

2.      The Public Defender's Office and Ms. Stone filed their Motion to Strike the Designation ("Motion") on March 18, 2026.

3.      Sheriff Defendants filed their Response to the Motion on April 8, 2026.

4.      Currently, the Public Defender's Reply in Support of their Motion is due April 22, 2026.

5.      The Office of the Public Defender and Ms. Stone are requesting an extension of time in which to file their Reply due to two reasons. First, Ms. Stone is counsel in an ongoing felony trial the entirety of this week preventing undersigned counsel from meaningfully consulting with her. Second, lead counsel for Ms. Stone will be out of office the first few days of next week due to a time-sensitive medical procedure, returning on April 23, 2026.

6.      For those reasons, the Public Defender's Office and Ms. Stone are requesting a one-week (seven day) extension of time to file their Reply.

7.      The Public Defender has not previously requested an extension of time and the extension of time will not prejudice the parties or Court in this matter.

WHEREFORE, the Office of the Public Defender and Ms. Stone request that

the Court grant this Motion and provide a one-week extension of time for Plaintiffs

to reply in support of their motion to strike.


Respectfully submitted this 15th day of April 2026.

PHILIP J. WEISER
Attorney General

*/s/ Sarah Rowlands*

Sarah Rowlands*
Assistant Attorney General
William V. Allen*
Senior Assistant Attorney General
Scott Schultz*
Senior Assistant Attorney General
Office of the Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
sarah.rowlands@coag.gov; will.allen@coag.gov;
scott.schultz@coag.gov
***Attorneys for the Public Defender and Ms. Stone**

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on April 15, 2026, I electronically filed the foregoing **Unopposed Motion for Extension of Time to File Reply in Support of Motion to Strike Designation of Non-Party at Fault** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rebecca P. Klymkowsky │ rklymkow@jeffco.us
Assistant Deputy County Attorney
Ben Longnecker │ bclongne@jeffco.us
Assistant County Attorney
*Attorneys for Defendants Jefferson County Sheriff*

Jacqueline B. Sharuzi-Brown │ jackie@sharuzilaw.com
Stephanie Lynn Clark │ sclark@sharuzilaw.com
SHARUZI LAW GROUP, LTD.
*Attorneys for Defendants Vitalcore Health Strategies, LLC*

Darold Killmer │ dkillmer@killmerlane.com
Michael Fairhurst │ mfairhurst@killmerlane.com
Maddie Lips │ mlips@killmerlane.com
KILLMER LANE, LLP
*Attorneys for Plaintiffs*

John C. Matthews
Douglas W. Poling
White and Steele, P.C.
jmatthews@wsteele.com
dpoling@wsteele.com
*Attorneys for Defendant Anika Heng*

Robert A. Lees
Nicholas A. Cottrell
Robert A. Lees & Associates
ral@RobertALees.com
ncottrell@robertalees.com
*Attorney for Defendant Tammy Pope*

*/s/ Barbara Dory*
Barbara Dory, Paralegal

4