**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, et al.,
    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, *et al.*,
    Defendants.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO
STRIKE DESIGNATION OF NON-PARTY AT FAULT**

---

This matter comes before the Court on the Public Defender's Office and Ms. Stone's Unopposed Motion for Extension of Time ("Motion") pursuant to D.C.COLO.LCivR 6.1 and Civ. Practice Standard 6.1A, in which Defendants seek an extension of time to file their reply in support of their Motion to Strike Designation of Non-Party at Fault.

The Court, having considered the Motion, and having been otherwise fully informed, hereby ORDERS that the Motion is GRANTED. The deadline for Defendants to file their replies in support of their Partial Motion to Dismiss and Motion to Dismiss is extended to April 29, 2026.

DATED this ___ day of April 2026.


BY THE COURT


       _____