**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00556-SKC-TPO

ESTATE OF JAMES PURDY, by and
through its personal representative
Marilyn Purdy; MARILYN PURDY,
individually; SCOTT PURDY, individually;
BROOKE GRENEMYER, individually; and
MATTHEW PURDY, individually,

      Plaintiffs,

v.

JEFFERSON COUNTY, COLORADO; *et al*.

      Defendants.

---

**VITALCORE DEFENDANTS' JOINDER TO SHERIFF DEFENDANTS'
RESPONSE TO MOTION TO STRIKE DESIGNATION OF NON-PARTY AT
FAULT [ECF 160]**

---

Defendants, VITALCORE HEALTH STRATAGIES, LLC; ESMERALDA ZIEGELMANN; BRADEN SMITH, EMT; MYRLA BROCK, RN; CASEY CASTANEDA, LPN; MICHELLE BARRON, MD; KIM SANCHEZ, RN; LAVINA BUSBY, RN; MARSHALL MCCURDY, CP-C; MONICA JARRELL, NP; CURTIS MURPHY, RN; HUNAIF DAR, MD; JERICA TALCOTT, RN; CECILIA BARBEITE, RN; BEVERLY CASAREZ, RN; ANGEL VARGAS, LPN; LILIA FERNANDEZ, RN; BREANNA ANDREWS, RN; MEGAN PAGE, RXN; CATHERINE ROWE, RN; AND EMILSA PEREDA, RN, (hereafter the "VitalCore Defendants") by and through their counsel, SHARUZI LAW GROUP, LTD., hereby submit their Joinder to the Sheriff

Defendants' Response to the Office of the State Public Defender's and Deputy Public Defender Ms. Lindsay Stone's (the "OSPD" and "Ms. Stone", respectively) Motion to Strike Designation of Non-Party at Fault [ECF 160], and in support states as follows:

On March 18, 2026, the OSPD and Ms. Stone filed their Motion to Strike the Sheriff Defendants' Designation of Non-Party at Fault (the "Motion"), arguing that the Sheriff Defendants' designation of Mr. Purdy's Public Defender, Lindsay Stone, is improper as sovereign immunity bars all claims in this lawsuit; the Public Defenders are not at fault for Mr. Purdy's death and there is no legal mechanism for Sheriff Defendants to allege they are; and the designation fails to meet the requirements of C.R.S. § 13-21-111.5. As part of their arguments, the OSPD and Ms. Stone implied that, while incarcerated, Mr. Purdy was "being deprived of his medications, falling, being denied adequate conditions of confinement, [and] being denied proper medical care", presumably, at least in part, by the VitalCore Defendants. *See ECF 160*, at p. 8. The VitalCore Defendants dispute the OSPD and Ms. Stone's implications, as discovery does not support these allegations concerning the VitalCore Defendants' conduct.

Further, as outlined in the Sheriff Defendants' Response filed on April 8, 2026, the OSPD and Ms. Stone's Motion is untimely, unsupported, and does not provide a basis for the Court to strike the Sheriff Defendants' designation. Specifically, the Sheriff Defendants' designation reasonably challenges Plaintiffs' theory that Defendants should have acted to secure Mr. Purdy's release. Defendants should be permitted to present a reasonable defense, including alternative causes of Mr.

Purdy's injuries, claims, and damages in this matter.

Therefore, the VitalCore Defendants hereby join, adopt, and incorporate by reference the arguments made in the Sheriff Defendants' Response to the OSPD and Ms. Stone's Motion.

WHEREFORE the VitalCore Defendants join the Sheriff Defendants' Response to the OSPD and Ms. Stone's Motion to Strike Designation of Non-Party at Fault [ECF 160].

## CERTIFICATION OF COMPLIANCE WITH SKC STANDING ORDER FOR CIVIL CASES SECTION C(2)

I hereby certify that no portion of this pleading was drafted using artificial intelligence (AI).

/s/ Rachael E. Bandeira
Rachael E. Bandeira

3

Respectfully submitted this 15th day of April 2026.

<b>SHARUZI LAW GROUP LTD</b>

By:    <u>*Rachael E. Bandeira*</u>
Jacqueline B. Sharuzi
Stephanie L. Clark
Rachael E. Bandeira
555 Seventeenth Street, Suite 975
Denver, CO 80202
(303) 226-0331
jackie@sharuzilaw.com
sclark@sharuzilaw.com
rbandeira@sharuzilaw.com
***Attorneys for Defendants***
***Vitalcore Health Stratagies, LLC;***
***Esmeralda Ziegelmann; Brayden***
***Smith, EMT; Myra Brock, RN;***
***Casey Castaneda, LPN; Michelle***
***Barron, MD; Kim Sanchez, RN;***
***Lavina Busby, RN; Marshall***
***Mccurdy, CP-C; Monica Jarrell,***
***NP; Curtis Murphy; Hunaif Dar,***
***MD; Jerica Talcott, RN; Cecelia***
***Barbeite, RN; Beverly Casarez, RN;***
***Angel Vargas, LPN; Lilia***
***Fernandez, RN; Breanna Andrews,***
***RN; Megan Page; Catherine Rowe,***
***RN; and Emilsa Pereda, RN***

4

## CERTIFICATE OF SERVICE

This is to certify that on this 15th day of April 2026, the foregoing was filed via the CM/ECF system, causing a copy of the same to be served on all counsel of record.

Darold W. Killmer
Michael Fairhurst
Maddie Schaefer
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
mfairhurst@killmerlane.com
mschaefer@killmerlane.com
*Attorneys for Plaintiffs*

Rebecca P. Klymkowsky,
Benjamin Longnecker,
JEFFERSON COUNY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
(303) 271-8900
rklymkow@jeffco.us
bclongne@jeffco.us
*Attorneys for the Board, the Sheriff, and the Sheriff Employees*

John C. Matthews
Douglas W. Poling
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202
(303) 296-2828
jmatthews@wsteele.com
dpoling@wsteele.com
*Attorneys for Anika Heng*

Robert A. Lees
Nicholas Cottrell
Robert A. Lees & Associates
5655 S. Yosemite St., Suite 350
Greenwood Village, CO 80111
(303) 292-1020
ral@RobertALees.com
ncottrell@robertalees.com
*Attorney for Tammy Pope*

*/s/Nancy Alvarez*
Nancy Alvarez, Legal Assistant