IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00556-SKC-TPO

MARILYN PURDY,
individually and as the personal representative of,
ESTATE OF JAMES PURDY,
SCOTT PURDY,
MATTHEW PURDY, and
BROOKE GRENEMYER,

       Plaintiffs,

v.

JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS,
REGGIE MARINELLI, Sheriff of Jefferson County,
in her official capacity,
SUSAN WISPELEARE, Inmate Services Manager,
POLLY ABERNATHY, Detention Services Manager, LPC,
ROBERT DIEHL, Deputy,
PETER NIELSEN, Deputy,
KAITLYN TUEY, Deputy,
SAMUEL VAN ALPHEN, Deputy,
CHASE VAN WYK, Deputy,
RICHARD VARGAS, Deputy,
ALEX ESPARZA, Deputy
TINA MINDYKOWSKI, Deputy,
ALLEN ERDMANN, Deputy,
ARIC MEYER, Deputy,
KIMBERLY JENSEN, Deputy,
K'LEIGH THOMAS, Deputy,
VITALCORE HEALTH STRATEGIES, LLC,
ESMERALDA ZIEGELMANN, Health Services Administrator,
MICHELLE BARRON, MD,
HUNAIF DAR, MD,
MYRA BROCK, RN,
KIM SANCHEZ, RN,
LAVINA BUSBY, RN,
MONICA JARRELL, RN,
JERICA TALCOTT, RN,
CECELIA BARBEITE, RN,
BEVERLY CASAREZ, RN,
LILIA FERNANDEZ, RN,
BREANNA ANDREWS, RN,

CATHERINE ROWE, RN,
EMILSA PEREDA, RN,
MARSHALL MCCURDY, CP-C,
ANIKA HENG, MA, LPC, LLC,
TAMMY POPE, MS, LAC,
ADELE MANN, Counselor,
CASEY CASTANEDA, LPN,
ANGEL VARGAS, LPN, and
MEGAN PAGE,

        Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 22, 2026.**

This Court **SETS** a Motions Hearing for oral argument on **August 5, 2026 at 10:00 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado, 80294. It is an <u>in-person</u> proceeding.

Counsel for all interested Parties shall attend, including for the Office of the State Public Defender and Deputy Public Defender Ms. Lindsay Stone (the "Public Defender Parties").

This Court will hear oral argument on Plaintiffs' Motion to Strike Designation of Non-Party at Fault [ECF 124] and on the Public Defender Parties' Motion to Strike Designation of Non-Party at Fault [ECF 160].

It is unclear whether the Motion to Quash [ECF 152] remains at issue. The Office of the State Public Defender moved to quash the subpoena duces tecum that the Sheriff Defendants had served on it. At page 3 of the later filed Motion to Strike Designation of Non-Party at Fault [ECF 160], the Public Defender Parties state that the subpoena was withdrawn.

By **July 29, 2026**, the Parties shall file a joint notice to clarify whether the Motion to Quash [ECF 152] may be denied as moot or whether it remains at issue. If it remains at issue, then this Court will hear oral argument on it at the August 5, 2026 Motions Hearing.

The Clerk of Court shall **terminate** ECF 174 as a pending motion. At ECF 174 the VitalCore Defendants join in the opposition to the Public Defender Parties' Motion to Strike Designation of Non-Party at Fault [ECF 160]. This Court includes ECF 174 for consideration as part of the briefing, and counsel for the VitalCore Defendants shall appear at the August 5, 2026 Motions Hearing to make their arguments on this issue.

Lastly the Parties shall be prepared to discuss the Motion for Protective Order [ECF 166] and the Motion to Restrict [ECF 169].